# E. D. Gartner & Company's Assignment.

Argued Oct. 29, 1907. Appeal, No. 59, Oct. T., 1907, by Marshall McClain, Receiver, from decree of C. P. No. 1, Allegheny Co., March T., 1906, No. 522, appointing Guarantee Trust & Title Company assignee of E. D. Gartner & Co., and directing the receiver to turn over assets to the substituted trustee

in the matter of the voluntary assignment of E. D. Gartner & Company for the benefit of creditors. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, January 6, 1908 :

The affirmance of the decree in Marshall McClain, Receiver, v. The Pittsburg Stock Exchange, ante, p. 435, necessarily sustains the order made in this case, and therefore this appeal is dismissed at the cost of the appellant.

